IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

RECEIVED

2005 NOV -7 P 4: 30

| | | |
|---|---|---|
| ROBINA JENKINS, | ) | |
| | ) | Removed |
| | ) | From the Circuit Court of |
| Plaintiff, | ) | Montgomery County, Alabama |
| | ) | Case No. CV-05-2658 |
| vs. | ) | **************** |
| | ) | |
| NANCY WORLEY L. WORLEY, | ) | Case No. 2:05CV1049-C |
| Individually and in her capacity as | ) | |
| SECRETARY OF STATE, State of | ) | |
| Alabama; JOE DICKSON, individually | ) | |
| and in his official capacity as a member of | ) | |
| the State Personnel Board; | ) | |
| HARRY MCMILLAN, individually | ) | |
| and in his official capacity as a member of | ) | |
| The State Personnel Board; | ) | |
| JOHN MCMILLAN, individually and in his | ) | |
| official capacity as a member of the State | ) | |
| Personnel Board; | ) | |
| HORACE W. POWELL, SR., individually | ) | |
| and in his official capacity as a member of | ) | |
| the State Personnel Board; | ) | |
| JOYCE P. O'NEAL, individually | ) | |
| and in her official capacity as a member | ) | |
| of the State Personnel Board. | ) | |
| | ) | |
| Defendants. | ) | |

2005 OCT 31 PM 4: 45

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Please take notice that pursuant to 28 U.S.C. § 1446(d), defendant hereby gives notice of removal of the above-styled matter to the United States District Court for the Middle District of Alabama. A copy of the Notice of Removal is attached.

1

Respectfully submitted,

_____
ALICE A. BYRNE (BYR015)
Attorney for Defendants

ADDRESS OF COUNSEL:

State Personnel Department
64 North Union Street
Room 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following:

James W. Wilson, Jr. Esquire
Attorney for Plaintiff
732 Carter Hill Rd.
Montgomery, Alabama 36106

by placing the same in first class mail, postage pre-paid, this the 31st day of October, 2005

_____
OF COUNSEL

2