IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBINA JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1049-C |
| | ) |
| NANCY WORLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to remand (doc. # 4), it is

ORDERED that this matter be and is hereby set for oral argument on January 17, 2006, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 13th day of December, 2005.

　　　　　　　　　　　　　／s/Charles S. Coody　　　　　　　　　
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE