IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 14 A 8: 50

| | |
|---|---|
| ROBINA JENKINS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1049-C |
| NANCY WORLEY, individually and in her official capacity as Secretary of State, State of Alabama; JOE DICKSON, individually and in his official capacity as a member of the State Personnel Board; HENRY MCMILLAN, individually and in his official capacity as a member of the State Personnel Board; JOHN MCMILLAN, individually and in his official capacity as a member of the State Personnel Board; HORACE W. POWELL, SR., individually and in his official capacity as a member of the State Personnel Board; and JOYCE P. O'NEAL, individually and in her official capacity as a member of the State Personnel Board. | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

12/13/05
Date

_James E. Wilson_
Signature

ROBINA JENKINS
Counsel For (**print** name of all parties)

732 Carter Hill Rd Monty, AL 36106
Address, City, State Zip Code

334-834-9899
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**

3