IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBINA JENKINS,

    Plaintiff,

v.

    CIVIL ACTION NO. 2:05CV1049-C

NANCY WORLEY, individually and in her
Official capacity as Secretary of State, State of
Of Alabama; JOE DICKSON, individually and
In his official capacity as a member of the State
Personnel Board; HENRY MCMILLAN,
Individually and in his official capacity as a
Member of the State Personnel Board; JOHN
MCMILLAN, individually and in his official
Capacity as a member of the State Personnel
Board; HORACE W. POWELL, SR.,
Individually and in his official capacity as a
Member of the State Personnel Board; and
JOYCE P. O'NEAL, individually and in her
Official capacity as a member of the State
Personnel Board.

    Defendants,

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

12/13/05
Date

Signature

Nancy Worley, Joe Dickson, Henry McMillan, John McMillan,
Horace W. Powell, Sr, and Joyce P. O'Neal
Counsel For (**print** name of all parties)

64 North Union Street; Montgomery, AL  36104
Address, City, State Zip Code

242-3451
Telephone Number