# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | AT | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 1/17/06 | AT | 3:00 p.m. to 3:11 p.m. |
| **DATE COMPLETED:** 1/17/06 | AT | FTR RECORDING |

JAMES EDWARD WILSON, JR.

    Plaintiff

vs..

NANCY WORLEY, et al

    Defendant

CASE NO. 2:05CV01049-CSC

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. James E. Wilson | | Atty. Alice A. Byrne |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:     ***ORAL ARGUMENTS RE: MOTION TO REMAND TO CIRCUIT COURT***

# SEE MINUTES ATTACHED

|  | | |
|---|---|---|
| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** | | |
| **Description** | Oral Argument - 2:05cv1049-CSC Re; Motion to Remand | |
| **Date** 1/17/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 3:00:58 PM | Court | Court convenes; discussion as to the motion to remand; Discussions regarding claims in complaint; |
| 3:01:40 PM | Atty. Wilson | Response; |
| 3:01:55 PM | Court | Response; |
| 3:02:37 PM | Atty. Wilson | Response as to the claims in complaint is grounded in state law; Discussions as to state law; |
| 3:03:15 PM | Court | Discussion as to state claim or constitutional claim; |
| 3:03:41 PM | Atty. Wilson | Response; not a constitutional claim; |
| 3:03:46 PM | Court | Discussions regarding paragraph 20; |
| 3:03:48 PM | Atty. Wilson | Response; Discussions as to the 14th amendment; |
| 3:03:54 PM | Court | You claim that the 14th amendment is violated; |
| 3:04:00 PM | Atty. Wilson | Response; Is claiming that the state law was violated; |
| 3:04:07 PM | Court | Your also claiming that the state law violated the 14th amendment; |
| 3:04:13 PM | Atty. Wilson | Response; |
| 3:04:19 PM | Court | Response that the 14th amendment is not self executed; |
| 3:04:21 PM | Atty. Wilson | Response; Discussions regarding cause of actions; |
| 3:04:48 PM | Court | Response; |
| 3:04:53 PM | Attu. Wilson | Response |
| 3:04:57 PM | Court | The constitution does not create property rights; |
| 3:05:31 PM | Atty. Wilson | Claim does not state a Federal cause of action; State law creates the cause of action, the federal law does not; |
| 3:05:58 PM | Court | Response as to the agreement as to no jurisdiction predicate stated in this claim; |
| 3:06:14 PM | Atty. Byrne | Nor in State Court; |
| 3:06:15 PM | Court | State court does not require one; |
| 3:06:18 PM | Atty. Byrne | Response; |
| 3:06:32 PM | Court | Response; Does not seek relief under 1983; Why shouldn't this complaint be in state court? |
| 3:06:53 PM | Atty. Byrne | Response; |
| 3:07:00 PM | Court | If they state a constitutional claim; |
| 3:07:09 PM | Atty. Byrne | Response; |
| 3:07:58 PM | Atty. Wilson | Response; |
| 3:08:54 PM | Court | conduct states claim of violation of a constitutional right, that's a federal claim; |
| 3:09:03 PM | Atty. Wilson | Response; |
| 3:09:08 PM | Court | What would have if Mr. Wilson dismiss federal claims and will not assert them? |
| 3:09:17 PM | Atty Byrne | Response - if they were dismissed with prejudice would have not problems with it being remanded; |
| 3:09:36 PM | Atty. Wilson | Response; |
| 3:10:39 PM | Atty. Byrne | Response; |
| 3:10:59 PM | Court | Discussions as to case law; Plntf can amend complaint within 14 days or we can go forward; |

| 3 :11:42 PM | Atty. Wilson | Would have to discuss that with client; |
| 3 :11:42 PM | Court | Court is recessed. |
| | | |