IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBINA JENKINS,                        )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )     CIVIL ACTION NO.  2:05cv1049-C
                                       )
NANCY WORLEY, individually and         )
in her official capacity as Secretary of )
State, State of Alabama; *et al.*,     )
                                       )
          Defendants.                  )

## ORDER

Now pending before the court is the November 14, 2005, motion to remand (doc. #

4) filed by the plaintiff.  Oral argument was held on January 17, 2006.  Upon consideration

of the motion and for the reasons as stated in open court, it is

ORDERED that the plaintiff shall have **fifteen (15)** days from the date of this order

to file an amended complaint.

Done this 19th day of January, 2006.


          _____/s/Charles S. Coody_____
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE