IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -3 P 3: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**ROBINA JENKINS,**

    Plaintiff,

v.                              CIVIL ACTION NO: 2:05-cv-1049-C

**NANCY WORLEY, individually and
in her official capacity as
Secretary of State, State of Alabama, et al.,**

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Robina Jenkins, plaintiff in the above styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court denying plaintiff's Motion To Remand cause to the Circuit Court of Montgomery County, Alabama, entered in this action on the nineteenth (19th) day of January, 2006.

                                          Respectfully submitted,

                                          /s/ James E. Wilson, Jr.
                                          JAMES E. WILSON, JR.
                                          Attorney For Plaintiff

OF COUNSEL
James E. Wilson, Jr.
732 Carter Hill Road
P. O. Box 6237

Montgomery, AL 36106
334-834-9899

## CERTIFICATE OF SERVICE

I hereby certify I have served the foregoing on Alice Ann Byrne, State Personnel Department, 64 North Union Street, Room 316, Montgomery, Alabama, 36130, by placing a copy in the United States Mail postage prepaid, this third (3rd) day of February, 2006.

/s/ James E. Wilson, Jr.
JAMES E. WILSON, JR.