IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 06-10975-FF

ROBINA JENKINS,

Plaintiff-Appellant,

versus

NANCY WORLEY, Secretary of State, State of Alabama,
JOE N. DICKSON, State of Alabama Personnel Board,
HARRY MCMILLAN, State of Alabama Personnel Board,
HORACE W. POWELL, SR., State of Alabama Personnel Board,
JOYCE P. O'NEAL, State of Alabama Personnel Board,
JOHN MCMILLAN, State of Alabama Personnel Board,
individually and in their official capacities,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before BIRCH, BLACK, and BARKETT, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. The magistrate's January 19, 2006, order

is not final and appealable. See 28 U.S.C. §§ 1291, 1292; Woodard v. STP Corp., 170 F.3d 1043,

1044 (11th Cir. 1999); Atlantic Federal Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890

F.2d 371, 375-76 (11th Cir. 1989); Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir.

1983); <u>Broussard v. Lippman</u>, 643 F.2d 1131, 1133 (5th Cir. Unit A Apr. 1981).

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia