IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBINA JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv1049-C |
| | ) | |
| NANCY WORLEY, individually and | ) | |
| in her official capacity as Secretary of | ) | |
| State, State of Alabama; JOE DICKSON, | ) | |
| individually and in his official capacity | ) | |
| as a member of the State Personnel Board; | ) | |
| HENRY MCMILLAN, individually and | ) | |
| in his official capacity as a member of the | ) | |
| State Personnel Board; JOHN | ) | |
| MCMILLAN, individually and in his | ) | |
| official capacity as a member of the | ) | |
| State Personnel Board; HORACE W. | ) | |
| POWELL, SR., individually and in his | ) | |
| official capacity as a member of the | ) | |
| State Personnel Board; and JOYCE P. | ) | |
| O'NEAL, individually and in her | ) | |
| official capacity as a member of the | ) | |
| State Personnel Board. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to remand (doc. # 4).  The complaint states federal causes of action.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to remand (doc. # 4) be and is hereby DENIED.

The parties are hereby reminded of the obligation, imposed by FED. R. CIV. P. 26(f), to confer and to develop a proposed discovery plan and other information as required for filing the report of the parties' planning meeting.

Accordingly, it is

ORDERED that the FED. R. CIV. P. 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **June 1, 2006.**   The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date.   If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.  This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within 4 - 6 weeks of a scheduled trial term. The dates of each judges civil trial terms are available on the court's website, www.almd.uscourts.gov.  The scheduling order which the court will enter will follow the form of the Uniform Scheduling Order adopted by the Judges of this court. The Uniform Scheduling Order is also available on the court's website.   The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure as well as the requirements of this order.

Done this 11ᵗʰ day of May, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE