**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**ROBINA JENKINS,**

      **Plaintiff,**

**v.**                        **CIVIL ACTION NO: 2:05-cv-1049-C**

**NANCY WORLEY, individually and
in her official capacity as
Secretary of State, State of Alabama, et al.,**

      **Defendants.**

**NOTICE OF APPEAL**

      Notice is hereby given that Robina Jenkins, plaintiff in the above styled cause,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the

Order of the District Court denying plaintiff's Motion To Remand cause to the Circuit

Court of Montgomery County, Alabama, entered in this action on the eleventh (11th) day

of May, 2006.

                    Respectfully submitted,


                    /s/ James E. Wilson, Jr.
                    JAMES E. WILSON, JR.
                    Attorney For Plaintiff

OF COUNSEL
James E. Wilson, Jr.
732 Carter Hill Road
P. O. Box 6237
Montgomery, AL 36106
334-834-9899

**CERTIFICATE OF SERVICE**

I hereby certify I have served the foregoing on Alice Ann Byrne, State Personnel Department, 64 North Union Street, Room 316, Montgomery, Alabama, 36130, by placing a copy in the United States Mail postage prepaid, this twenty-fourth day of May, 2006.


/s/ James E. Wilson, Jr.
JAMES E. WILSON, JR.