IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-90011-E

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 0 4 2007
THOMAS K. KAHN
CLERK

ROBINA JENKINS,

Petitioner,

versus

NANCY L. WORLEY,
JOE DICKSON,
HARRY MCMILLAN,
HORACE W. POWELL, SR.,
JOYCE P. O'NEAL,
JOHN MCMILLAN,

Respondents.

Appeal from the United States District Court for the
Middle District of Alabama

Before TJOFLAT, ANDERSON, and HULL, Circuit Judges.

BY THE COURT:

Petitioner's April 25, 2007, petition for permission to appeal is DISMISSED sua sponte for lack of jurisdiction. See 28 U.S.C. § 1292(b); Jordan v. AVCO Fin. Servs. of Georgia, Inc., 117 F.3d 1254, 1256 (11th Cir. 1997); Mason v. Stallings, 82 F.3d 1007, 1009-1010 (11th Cir. 1996).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.