IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBINA JENKINS,** *Plaintiff*, v. **NANCY WORLEY, individually and in her official capacity as Secretary of State, State of Alabama; JOE DICKSON, individually and in his official capacity as a member of the State Personnel Board; HARRY McMILLAN, individually and in his official capacity as a member of the State Personnel Board; JOHN McMILLAN, individually and in his official capacity as a member of the State Personnel Board; HORACE W. POWELL, SR., individually and in his official capacity as a member of the State Personnel Board; and JOYCE P. O'NEAL, individually and in her official capacity as a member of the State Personnel Board.** *Defendants*. | **CIVIL ACTION NO. 2:05cv1049-C** |

## CONFLICT DISCLOSURE STATEMENT

Defendants Nancy L. Worley, individually and in her capacity as Secretary of State, and Joe Dickson, Harry McMillan, John McMillan, Horace W. Powell, Sr., and Joyce P. O'Neal, individually and in their official capacity as members of the State Personnel Board, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

    1.    Defendant Nancy L. Worley is an individual.

2. Defendant Joe Dickson is an individual.

3. Defendant Harry McMillan is an individual.

4. Defendant John McMillan is an individual.

5. Defendant Horace W. Powell, Sr. is an individual.

6. Defendant Joyce P. O'Neal is an individual.

Respectfully submitted, this 28th day of August, 2007.

TROY KING
ATTORNEY GENERAL

 /s/Alice Ann Byrne
Alice Ann Byrne, Esq. (BYR 015)
Counsel for Defendants

STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax
AliceAnn.Byrne@personnel.alabama.gov

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

**James E. Wilson, Jr.
732 Carter Hill Road
Montgomery, AL  36106**

 /s/Alice Ann Byrne
Of Counsel

2