IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBINA JENKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO.  2:05cv1049-C |
| | ) |
| NANCY WORLEY, individually and in her official capacity as Secretary of State, State of Alabama; JOE DICKSON, individually and in his official capacity as a member of the State Personnel Board; HENRY MCMILLAN, individually and in his official capacity as a member of the State Personnel Board; JOHN MCMILLAN, individually and in his official capacity as a member of the State Personnel Board; HORACE W. POWELL, SR., individually and in his official capacity as a member of the State Personnel Board; and JOYCE P. O'NEAL, individually and in her official capacity as a member of the State Personnel Board. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion for leave to amend complaint (doc. # 28), it is

ORDERED that on or before September 13, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 29th day of August, 2007.

                                      /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE