IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBINA JENKINS,**

      **Plaintiff,**

v.                                                                  CASE NO.: 2:05 cv 1049-C

**NANCY L. WORLEY, individually and
In her official capacity as Secretary
of State, State of Alabama; et al.,**

      **Defendants.**

**CONFLICT DISCLOSURE STATEMENT**

Comes now Plaintiff, pursuant to Rules 7.1 of the Federal Rules of Civil Procedure and this Court's Order, Civil Misc. No.00-3047, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates or similar entities;

There are no entities to be reported.

      Respectfully submitted,

      /s/James E. Wilson, Jr. WIL077
      Attorney for Plaintiff

OF COUNSEL:
James E. Wilson, Jr.
732 Carter Hill Road
Montgomery, Alabama 36106
Tel: 334-834-9899
Fax: 334-834-9899
E-Mail: ATYWILSON@NETZERO.NET

**CERTIFICATE OF SERVICE**

  I hereby certify I have served the foregoing on the following by placing a copy in the United States Mail postage prepaid this 29th day of August, 2007.

                <u>/s/James E. Wilson, Jr.</u>

Alice Ann Byrne
State Personnel Department
64 North Union Street, Suite 316
Montgomery, Alabama 36130