

**NANCY L. WORLEY**
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

October 16, 2003

Ms. Robina Jenkins
Secretary of State's Office
2418 Elsmeade Drive
Montgomery, AL 36116-3006

Dear Ms. Jenkins:

To confirm our conversation on October 7, 2003, because of budget cuts, your employment will end effective at the close of business on October 31, 2003.

I sincerely appreciate your work for the Secretary of State's Office and your layoff does not reflect negatively in any way on the work you have done in your role as a Departmental Program Manager.

The following benefits are applicable to you as a laid off biweekly employee. Please review these benefits and contact the appropriate agency concerning any additional questions you might have.

1. You will be paid for any annual leave balance that you have as of the close of business on October 31, 2003. You can expect receipt of your annual leave payment approximately 30 days after your date of layoff. However, if you transfer to another state agency and have no break in service, the receiving agency may, at its discretion, accept the transfer of your sick and annual leave balances.

2. You are eligible to continue your health insurance coverage for an extended period of time if you pay monthly premiums of $561 per month at the beginning of each month after you are removed from the payroll. If you have dependent coverage and want to maintain it, the cost is $167 per month in addition to the $561. If you wish to keep your health insurance coverage, you should contact the State Employees Insurance Board at (334) 833-5900 or at the RSA Tower, 17th Floor, at 201 Monroe Street, Montgomery, Alabama 36104.

3. If you have any questions regarding your retirement, you may contact the Retirement Systems of Alabama at (334) 832-4140 or Post Office Box 302150, Montgomery, Alabama 36130-2150. You may leave your retirement contributions in the system up to five years. You also have the option of withdrawing your retirement contributions, and if you elect to do so, your payroll

*Exhibit 4*
*Jenkins, USDC 05 cv 1049*
*SPD Mtn for Summary Judgment*

OFFICE (334) 242-7206, FAX (334) 242-4993, E-MAIL SOS@SOS.AL.GOV • ELECTIONS (334) 242-7210, FAX (334) 242-2444
CORPORATIONS (334) 242-5324, FAX (334) 240-3138 • UCC (334) 242-5231, FAX (334) 353-8269 • LEGAL (334) 242-7202, FAX (334) 353-9155
LANDS & TRADEMARKS (334) 242-5325, FAX (334) 240-3138 • PUBLIC INFORMATION (334) 242-7224, FAX (334) 353-8993

clerk will assist you in filling out the necessary forms. It may be approximately four to six weeks after you apply before you will receive your check.

4. You may be eligible for unemployment compensation benefits. You should contact your local Unemployment Compensation Office as soon as possible. Please take a copy of this letter with you.

You will be placed on the layoff reemployment register for the classification in which you were laid off for two years. During this time, the appointing authority of this agency cannot hire someone in this class from the register or provisionally as long as you are available for reemployment. Also, no other state agency can hire any employees from an open-competitive register in your class as long as you are available for the position. It is important to note that your refusal of an offer shall forfeit your rights regarding layoff reemployment.

Please leave your keys and any other small property items belonging to the State of Alabama with Mrs. Eleanor Swedenburg, Finance Director, on your last day of work. Mrs. Linda Nelson, Personnel Director, and Mrs. Swedenburg will provide you with any paperwork, which you need to complete at this time.

Again, thank you for the service you have given to the people of Alabama and to the Secretary of State's Office.

Sincerely yours,

Nancy Worley
Secretary of State

Cc: Eleanor Swedenburg
    Linda Nelson
    State Personnel ✓
    Personnel File