IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBINA JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1049-C |
| | ) |
| NANCY WORLEY, individually and in her official capacity as Secretary of State, State of Alabama; JOE DICKSON, individually and in his official capacity as a member of the State Personnel Board; HENRY MCMILLAN, individually and in his official capacity as a member of the State Personnel Board; JOHN MCMILLAN, individually and in his official capacity as a member of the State Personnel Board; HORACE W. POWELL, SR., individually and in his official capacity as a member of the State Personnel Board; and JOYCE P. O'NEAL, individually and in her official capacity as a member of the State Personnel Board. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 31, 2007, the defendants filed a motion for leave to file a motion for summary judgment out of time. (Doc. No. 41) A status conference was held on January 3, 2008. Upon consideration of the motion and counsels' representations, it is

ORDERED as follows:

(1)   The defendants' motion for leave to file a motion for summary judgment be and is hereby GRANTED. (Doc. No. 41.)

(2)   The plaintiff shall have until February 15, 2008, to complete discovery by taking the depositions of the Chairman of the State Personnel Board and Nancy Worley.

(3)   The plaintiff shall file a response to the defendants' motion for summary judgment on or before March 7, 2008.

(4)   The defendants may file a reply on or before March 21, 2008.

It is further

ORDERED that the trial of this case be and is hereby CONTINUED generally.

Done this 4th day of January, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE