IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 MAR -7 P 4· 39

DEBRA P. HACKETT CLK

ROBINA JENKINS,

        Plaintiff,

v.                        **CASE NO: 2:05-cv-1049-C**

NANCY WORLEY, individually,
and in her capacity as SECRETARY
OF STATE of ALABAMA, et al.,

        Defendants.

**PLAINTIFF'S EXHIBITS TO MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

JAMES E. WILSON, JR.
732 Carter Hill Road
P. O. Box 6237
Montgomery, Alabama 36106
Tel: 334-834-9899
Fax: 334-834-7557
Email: ATYWILSON@NETZERO.NET
Attorney for Plaintiff

SCANNED
CX 3/10/08