**James E. Wilson, Jr.**
Attorney at Law
732 Carter Hill Road
Post Office Box 6237
Montgomery, Alabama 36106

(334) 834-9899 - FAX : 834-7557

PLAINTIFF'S EXHIBIT 5

August 15, 2005

Alice Ann Byrne
General Counsel
State of Alabama Personnel Department
300 Folsom Administrative Building
Montgomery, AL 36130-4100

RE:   **ROBINA JENKINS**

Dear Ms. Byrne,

    This responds to your correspondence dated July 22, 2005. A preliminary investigation of the Secretary Of State's Office discloses, the Secretary of State appointed Sharon Viox, Acting Director Corporate Division, immediately after the layoff of Ms. Jenkins. (See attached business card). Assuming Ms. Viox was not hired through an open competitive register, her appointment must be deemed provisional. Further assuming Ms. Viox has held the position for the limitation period for a provisional appointment, how then does the personnel board classify Ms. Viox's position with the Secretary of State.

    Your response is appreciated.

Respectfully

*/s/ James E. Wilson, Jr.*
James E. Wilson, Jr.
JEWjr/pgo

Attachment