IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBINA JENKINS, | : | |
| *Plaintiff,* | : | |
| vs. | : | Case No. 2:05-cv-1049 |
| NANCY L. WORLEY, *et al.,* | : | |
| *Defendants.* | : | |

## ITEMIZATION FOR BILL OF COSTS

Fees of the Clerk:
    Filing Fee (see attached)            $ 250.00
                                                                                   $ 250.00

Court Reporter:
    LegaLink, Inc. (Jenkins deposition)
        (see attached)                 $ 887.55
    Boggs Reporting and Video (Viox deposition)
        (see attached)                 $ 181.20
    Boggs Reporting and Video (Worley deposition)
        (see attached)                 $ 218.85
                                                                                   $1,287.60
                                                                                  ========
                                                                                  $1,537.60

| | | | | |
|---|---|---|---|---|
| AO82 SWEDA (Rev. 4/91) | | ORIGINAL RECEIPT FOR PAYMENT UNITED STATES DISTRICT COURT for the MIDDLE DISTRICT OF ALABAMA at MONTGOMERY | | **108265** |

| Fund | | | | |
|---|---|---|---|---|
| 6855XX | Deposit Funds | | 108265*# | |
| 604700 | Registry Funds | | CIVIL FILE FEE | |
| | General and Special Funds | 000331P | | |
| 508800 | Immigration Fees | | 086900 | 60.00 |
| 085000 | Attorney Admission Fees | | ## | |
| 086900 | Filing Fees | | CIVIL FILE FEE | |
| 322340 | Sale of Publication | 000407P | | |
| 322350 | Copy Fees | | 510000 | 190.00 |
| 322360 | Miscellaneous | | ## | |
| 143500 | Interest | | TOTAL | 250.00 |
| 322380 | Recoveries of Court Costs | | CHECK | 250.00 |
| 322386 | Restitution of U.S. Government | | CHANGE | 0.00 |
| 121000 | Conscience Fund | | | |
| 129900 | Gifts | | 2 ITM-CT | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | 10/31/05 | 121512A000 17:27 | |
| 510000 | Filings Spec. Acct. | | | |
| 510100 | Registry Admin. Acct. | | | |

THIS IS A RECEIPT, NOT A BILL

CASE REFERENCE:

2:05cv1049.C

RECEIVED FROM

State of Alabama
64 N. Union St., Rm. 316
Montgomery, AL 36130
Robina Jenkins v.
Nancy L. Worley; et al

DEPUTY CLERK

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

FORM FRMS-9 REV 06/90

# State of Alabama
## DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

WARRANT #: 6665394
VOUCHER #: 6044068151
BATCH:
AGENCY #: 044
DATE: 10-27-05
ACCT PRD: FY 06

**DEPARTMENT COPY**

DEPARTMENT 044

636103720 00
US DISTRICT COURT CLERK'S OFFICE
MIDDLE DISTRICT OF ALABAMA
P O BOX 711
MONTGOMERY AL 36101-0711

**REFERENCED DOCUMENT**
RQ/ PO - AGENCY - NUMBER - LN

| INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-27-05 | 0393 | | 318 | 0597 | 0800 | 19 | | | | 250.00 |

VOUCHER TOTAL  250.00

# LEGALINK, INC. 
MERRILL LEGAL SOLUTIONS
2100 Third Avenue North, Suite 960
Birmingham, AL 35203
Phone: (205) 251-4200
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11057098 | 09/19/2007 | 1101-55035 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2007 | PAULNI | CV1049C |

**CASE CAPTION**

Robina Jenkins vs. Nancy Worley, et al

**TERMS**

Immediate, sold FOB Merrill facility

Alice Ann Byrne
Alabama Personnel Department
316 Folsom Administration Building
64 North Union Street
Montgomery, AL 36130

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Robina Jenkins                   202 Pages @     3.05/Page      616.10
        EXHIBITS                      95 Pages @      .35/Page       33.25
        ATTENDANCE                                                  100.00
        Exhibit Tabs                   4.00     @      .20             .80
        Word Index                    18.00     @     3.05           54.90
        TotalTranscript                                               40.00
        Compressed                                                    20.00
        Processing Fee                                                15.00
        Delivery Local Regular                                         7.50

                                     TOTAL    DUE    >>>>            887.55
```

Thank you, we appreciate your business!

OK *[signature]*

TAX ID NO.: 20-2665382                      (334) 242-3451

*Please detach bottom portion and return with payment.*

---

Alice Ann Byrne
Alabama Personnel Department
316 Folsom Administration Building
64 North Union Street
Montgomery, AL 36130

Invoice No.: 11057098
Date        : 09/19/2007
**TOTAL DUE**  :    887.55

Job No.   : 1101-55035
Case No.  : CV1049C
Robina Jenkins vs. Nancy Worley, et

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

FORM FRMS-E RPT 06/80

# State of Alabama
## DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

## DEPARTMENT COPY

WARRANT #: 80010042
VOUCHER #: 80480800
BATCH #: 274580
AGENCY #: 044
DATE: 10/5/07   PAGE: 1
ACCT PRD: 13 07 BUDGET FY: 07

### ACCOUNTING DISTRIBUTION

| REFERENCED DOCUMENT RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2028558200 | 11057098 | 0395 | | 918 | 0597 | 0800 | 47 | | | | 887.55 |
| | 11057189 | 0395 | | 918 | 0597 | 0800 | 47 | | | | 180.00 |

LEGALINK INC A MERRILL CO
P O BOX 277951
ATLANTA                GA 30384-7591

PRINTED: 10/01/07          A1          VOUCHER TOTAL          1,067.55

Boggs Reporting & Video Services Online System - View Invoice                                  Page 1 of 1



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office: 334.264.6227
Fax:  334.264.8742
Toll Free: 1.800.397.5590
Email: JBoggs@boggsreporters.com
www.boggsreporters.com

# INVOICE

Ms. Alice Ann Byrne
Attorney At Law
Folsom Administration Building
Room 300
Montgomery, AL 36130

Job Number:

| DATE | NUMBER |
|------|--------|
| 1/20/2008 | JB081866 |

| Case Name | Statement Description | Case No. |
|-----------|----------------------|---------|
| JENKINS v WORLEY | Dep of: SHARON VIOX | 2:05-CV-1049-C |

| Service Date | Style: Robina Jenkins V Nancy Worley, et al | Amount |
|---|---|---|
| 12/21/2007 | DEPOSITION OF SHARON VIOX, in the above styled cause, one copy, 70 pgs @ $1.95 pp: | $136.50 ✓ |
|  | EXHIBIT COPIES, 49 pgs @ $.30 pp: | $14.70 ✓ |
|  | TRAVEL TRANSCRIPT- One Copy @ 30.00 each = | $30.00 ✓ |

General Liability Trust Fund  705757
Invoice approved on 3/18/08
By: [signature]
Voucher #: _____ for $
Object Codes: 0847  for $ 181.20
                      for $
                      for $
Claim No. GL-0806-00073
Department:
Case No. Jenkins

| | TOTAL DUE | $181.20 |
|---|---|---|
| | Terms: | Due Upon Receipt |

Thank you for your business......
Tax ID No.: 71-1026032

If you wish to pay this invoice by Mastercard/Visa, log onto our
website @ www.boggsreporters.com
and click on the PayPal logo -
It's free, It's fast and It's secure.

**PayPal**
PAYMENTS

**Questions?**
call 1-800-397-5590
Remit upper portion with check
Make Checks Payable to:
Boggs Reporting & Video LLC

http://www.brvteamshare.tzo.com/invoicing/invoice/view.asp                                  3/18/2008

FORM FRMS-9 REV 10/2004

71102603200

JEANA S BOGGS
P O BOX 546

MONTGOMRY                     AL 36101

## State of Alabama
### DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

WARRANT #:
VOUCHER #: 8010000 5673
BATCH #: 079216
AGENCY #: 010
DATE:
ACCT PRD:                    PAGE:      1
BUDGET FY: 08

**COMPTROLLER'S COPY**

REFERENCED DOCUMENT

| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTIVITY | OBJ/ REV | SUB O/R | RETP CATG | BS ACCT | DEPT USE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | JB081866 | 0447 | | | | 0800 | 47 | | | | 181.20 |

ACCOUNTING DISTRIBUTION

PRINTED: 03/19/08                GL                          VOUCHER TOTAL    181.20

Audited:                         I hereby certify that the named article(s) and/or service(s) as stated on the invoice attached have been
_____                  received, are the kind and quantity ordered, are not excessive and are necessary for the use of this
Date                             department in conducting public business only, and this account is correct, due and unpaid. For those
                                 items requiring the approval of the Governor, I certify that I have obtained the Governor's approval for
_____                  payment.
Departmental Auditor

Examined and Approved for Payment

_____                  _____                           _____
Date                             Date                                      Date
Auditor of Disbursements         Sworn to and subscribed before me this day    Authorized Departmental Approval
Division of Control and Accounts                                           Notary Public

Boggs Reporting & Video Services Online System - View Invoice                                  Page 1 of 1



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office: 334.264.6227
Fax:   334.264.8742
Toll Free: 1.800.397.5590
Email: JBoggs@boggsreporters.com
www.boggsreporters.com

# INVOICE

Job Number:

Ms. Alice Ann Byrne
Attorney At Law
Folsom Administration Building
Room 300
Montgomery, AL 36130

| DATE | NUMBER |
|---|---|
| 2/27/2008 | JB081924 |

| Case Name | Statement Description | Case No. |
|---|---|---|
| ROBINA JENKINS | DEP OF: NANCY WORLEY | 2:05-CV-1049-C |

| Service Date | Style: ROBINA JENKINS v NANCY WORLEY, et al | Amount |
|---|---|---|
| 1/28/2008 | DEPOSITION OF NANCY WORLEY, in the above styled cause, one copy, 85 pgs @ $1.95: | $165.75 ✓ |
|  | EXHIBIT COPIES, 77 pgs @ $.30 pp: | $23.10 ✓ |
|  | TRAVEL TRANSCRIPT: One Copy = 10.00<br>Processing fee = 15.00<br>Postage = 5.00 | $30.00 ✓ |

| TOTAL DUE | $218.85 |
|---|---|
| Terms: | Due Upon Receipt |

Thank you for your business......
Tax ID No: 71-1026032

If you wish to pay this invoice by Mastercard/Visa, log onto our website @ www.boggsreporters.com and click on the PayPal logo - It's free, It's fast and It's secure.

PayPal PAYMENTS

Questions?
call 1-800-397-5590
Remit upper portion with check
Make Checks Payable to:
Boggs Reporting & Video LLC

General Liability Trust Fund   705757
3/25/08
By: [signature]
Voucher # _____  for $ _____
Object Codes: 0847  for $ 218.85
              for $ _____
              for $ _____
Claim No. GL-0806-00073
Department:
Case No. Jenkins

http://www.brvteamshare.tzo.com/invoicing/invoice/view.asp                          3/18/2008

FORM FRMS-9 REV 10/2004

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

**COMPTROLLER'S COPY**

WARRANT #:
VOUCHER #: 80100005858
BATCH #: 085246
AGENCY #: 010
DATE:
ACCT PRD:                    PAGE: 1
                             BUDGET FY: 08

7110260320 0
JEANA S BOGGS
P O BOX 546
MONTGOMRY                    AL 36101

REFERENCED DOCUMENT

| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTIVITY | OBJ/ REV | SUB OR | RETP CATG | BS ACCT | DEPT USE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | JB081924 | 0447 | | | | 0800 | 47 | | | | 218.85 I |

PRINTED: 03/25/08                GL                    VOUCHER TOTAL    218.85

Audited:                                        I hereby certify that the named article(s) and/or service(s) as stated on the invoice attached have been received, are the kind and quantity ordered, are not excessive and are necessary for the use of this department in conducting public business only, and this account is correct, due and unpaid. For those items requiring the approval of the Governor, I certify that I have obtained the Governor's approval for payment.

Date                Departmental Auditor

Examined and Approved for Payment

Date                Authorized Departmental Approval

Auditor of Disbursements
Division of Control and Accounts

Date                Sworn to and subscribed before me this day

Date                Notary Public