IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBINA JENKINS,**

    **Plaintiff,**

v.                        **CIVIL ACTION NO: 2:05-cv-1049-CSC**

**NANCY WORLEY, individually and in her official capacity as Secretary of State, State of Alabama; JOE DICKSON, individually and in his official capacity as a member of the State Personnel Board; HENRY MC ILLAN, individually and in his official capacity as a member of the State Personnel Board; HORACE W. POWELL, SR., individually and in his official capacity as a member of the State Personnel Board; and JOYCE P. O'NEAL, individually and in her official capacity as a member of the State Personnel Board,**

    **Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Robina Jenkins hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Memorandum Opinion and Order of the District Court granting Defendant's Motion for Summary Judgment entered in this action on April 8, 2008.

                                      Respectfully submitted,

                                      /s/James E. Wilson, Jr.
                                      Attorney for Plaintiff

Of Counsel:
James E. Wilson, Jr.
732 Carter Hill Road
P. O. Box 6237
Montgomery, Alabama 36106
Tel: 334-834-9899
Fax: 334-834-7557
Email: ATYWILSON@NETZERO.NET

**CERTIFICATE OF SERVICE**

I hereby certify I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Alice Ann Byrne, aliceann.byrne@personnel.alabama.gov this 5th day of May, 2008.

/s/James E. Wilson, Jr.