```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004988
Cashier ID: khaynes
Transaction Date: 05/05/2008
Payer Name: JAMES E WILSON
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JAMES E WILSON
 Case/Party: D-ALM-2-05-CV-001049-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 4530
 Amt Tendered:   $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

Jenkins v. Worley et al

2:05-cv-01049-CSC
```