Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY   AL   36104-4055

---

July 11, 2008

**Appeal Number: 08-12603-J**
Case Style: Robina Jenkins v. Nancy L. Worley
District Court Number:  05-01049  CV-T-N

TO:    James Edward Wilson, Jr.

CC:    Debra P. Hackett

CC:    Mitchell Reisner

CC:    Alice Ann Byrne

CC:    Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 11, 2008

James Edward Wilson, Jr.
Attorney at Law
732 CARTER HILL RD
MONTGOMERY AL 36106-1204

**Appeal Number: 08-12603-J**
Case Style: Robina Jenkins v. Nancy L. Worley
District Court Number: 05-01049 CV-T-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Make satisfactory financial arrangements for transcript preparation with the court reporter as required by Fed.R.App.P. 10(b)(4).

11th Cir. R. 46-10(a) provides that "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

c: District Court Clerk